FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA JUL 23  PM 12: 33

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL HURTADO-CARIACO,<br><br>Defendant. | 8:25CR 160<br><br>INDICTMENT<br>18 U.S.C. §§ 1114(a) & (a)(3)<br>18 U.S.C. §§ 111(a)(1) & (b)<br>18 U.S.C. § 111(a)(1) |

The Grand Jury charges that

## COUNT I

On or about June 18th, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did, with intent to kill, attempt to kill Victim 1, a special agent with the Department of Homeland Security, an officer and employee of the United States, while Victim 1 was engaged in and on account of the performance of her official duties.

All in violation of Title 18, United States Code, Sections 1114 and 1111.

## COUNT II

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer and employee of the United States, namely VICTIM 1, a Homeland Security Investigations Special Agent, and caused physical contact and inflicted bodily injury while VICTIM 1 was engaged in the performance of her official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT III

On or about June 18, 2025, in the District of Nebraska, the defendant, GABRIEL HURTADO-CARIACO, did voluntarily and intentionally resist, oppose, impede, intimidate, or

1

interfere with an officer and employee of the United States, namely VICTIM 2, a Federal Bureau of Investigation Special Agent, while VICTIM 2 was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.


LESLEY A. WOODS, TX Bar #24092092
UNITED STATES ATTORNEY