IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 8:25cr160 |
| Plaintiff, | ) | |
| | ) | **Motion to dismiss Counts I, II,** |
| v. | ) | **III, and IV** |
| | ) | |
| Gabriel Hurtado Cariaco | ) | |
| Defendant. | ) | |

Defendant Gabriel Hurtado Cariaco moves to dismiss Counts I, II, III, and IV of the Superseding Indictment under Federal Rule of Criminal Procedure 12(b)(3)(B). Alternatively, he moves to strike surplusage in Count I under Rule 7(d) and asks the Court to compel the government to make Count I sufficiently specific under Rule 12(b)(3)(B)(iii).

First, Count I fails to state an offense, lacks specificity, contains surplusage, and is duplicitous. Mr. Hurtado Cariaco moves to dismiss it under Rule 12(b)(3)(B). In the alternative, he moves the Court to strike surplusage under Rule 7(d) or to require the United States to make the remaining allegation more specific, *i.e.,* to specify in what manner he is alleged to have provided or attempted to provide himself as "personnel" under 18 U.S.C. §§ 2339A(b)(1), 2339B(a)(1), and 2339B(h).

Second, Count II fails to state an offense and is duplicitous. Specifically, the count alleges two distinct offenses under 18 U.S.C. § 111 and, as it does so, fails to correctly allege one of them. Mr. Hurtado Cariaco moves to dismiss Count II under Rule 12(b)(3)(B).

Finally, Counts III and IV fail to state an offense under 18 U.S.C. § 111(a)(1). Mr. Hurtado Cariaco moves the Court to dismiss these counts under Rule 12(b)(3)(B).

A brief in support of this motion will be filed simultaneously.

WHEREFORE, Gabriel Hurtado Cariaco moves the Court to dismiss all four counts in the Superseding Indictment. In the alternative, as articulated above and in the accompanying brief, he asks the Court to strike language within Count I as surplusage or to order the government to make more specific, if it can, an allegation in Count I.

He submits that this motion can be ruled upon without a hearing.

By: /s/ Richard H. McWilliams
**Federal Public Defender**
222 South 15th Street, Ste. 300N
Omaha, NE 68102
(402) 221-7896
Rich_mcwilliams@fd.org