IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GABRIEL HURTADO-CARIACO,

Defendant.

8:25CR160

MOTION TO RESTRICT

COMES NOW the United States of America, by and through the United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting access to the Government's Sentencing Brief and Statement of Position as this document contains information protected from public viewing in accordance with the law.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ *Lesley A. Woods*
LESLEY A. WOODS, TX Bar #24092092
United States Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel:  (402) 661-3700
Fax:  (402) 661-3084

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ *Lesley A. Woods*
LESLEY A. WOODS, TX#24092092
United States Attorney